## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ebony Jones, et al.

                Plaintiff,

v.                                              Case No.: 1:21−cv−04513
                                                     Honorable John Robert Blakey

Lemonade Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 7, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff Jones sued Defendant Lemonade in state court for violation of the Illinois Biometric Information Privacy Act; Defendant removed and now asks the Court to reassign certain other cases (Case Nos. 21−cv−4525, 21−cv−4517, and 21−4522) as related, see [12]. Plaintiff Jones, joined by the Plaintiffs in the other cases, also moved to consolidate the actions, see [15], and the Plaintiffs also ask the Court to set case management dates and to enter an order consistent with the Circuit Court's order appointing interim class counsel. [15]. Defendant does not oppose Plaintiffs' motion, and the Court finds that these cases satisfy the requirements for reassignment based upon relatedness and for consolidation: they involve common issues of fact and law, arise out of the same transactions or occurrences, and involve the same class; all cases, recently filed, are pending in this Court and susceptible to disposition in a single proceeding, and having a single judge preside over them will save substantial time and effort. See L.R. 40.4, Fed. R. Civ. P. 42(a). Accordingly, in consultation with Judges Ellis (Case No. 21−cv−4517), Dow (Case No. 21−cv−4522), and Chang (Case. No. 21−cv−4525), this Court grants the parties' motions [12], [15], and refers these cases to the Executive Committee for reassignment so that they may be consolidated in this Court. Additionally, consistent with the state court order [15−2], this Court grants Plaintiffs' unopposed motion to appoint interim class counsel and hereby appoints Gary Klinger of Mason Lietz & Klinger LLP, Katrina Carroll of Carlson Lynch, LLP, and Joseph Guglielmo of Scott & Scott at Law LLP to serve as Interim Co−Lead Counsel; and appoints Frederick Klorczyk of Bursor & Fisher PA and Jonathan Jagher of Freed Kanner London & Millen LLC to the Plaintiffs' Executive Committee. Interim Co−Lead Counsel, in consultation with the Plaintiffs' Executive Committee, shall have the sole responsibility for and authority over the following matters on behalf of all Plaintiffs in this action: (a) to determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings; (b) to coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions; (c) to conduct settlement negotiations on behalf of Plaintiffs and putative class members and, where appropriate, to present any proposed settlements to the Court on behalf of

putative class members; (d) to delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner designed to ensure that pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively; (e) to enter into stipulations with opposing counsel as necessary for the efficient conduct of the litigation; (f) to maintain adequate time and disbursement records covering services as Interim Class Counsel; (g) to monitor the activities of any other law firms that might seek to represent putative class members to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and (h) to perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court. The parties shall file a joint status report by 9/30/21 using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. The 9/9/21 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.